**Louis JIMERSON, Appellant,**

v.

**Raymond M. MEYER, Assistant United States Attorney, Appellee.**

**No. 03–2675.**

United States Court of Appeals, Eighth Circuit.

Submitted Aug. 26, 2003.

Decided Aug. 29, 2003.

Louis Jimerson, El Reno, OK, pro se.

---

Before WOLLMAN, FAGG, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

PER CURIAM.

Federal prisoner Louis Jimerson appeals from the district court's [1] preservice dismissal without prejudice of his civil complaint. Upon careful review of the record, we conclude that the district court properly dismissed the complaint for the reasons explained by the court. Accordingly, we affirm. *See* 8th Cir. R. 47A(a).

1. The Honorable Jean C. Hamilton, United States District Judge for the Eastern District of Missouri.